UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-22694-CIV-WILLIAMS/TORRES

ROBERTO PAGUAGA,

    Plaintiff,

vs.

PINNACLE ONE PRICE DRY CLEANING OF DAVIE, LLC, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on United States Magistrate Judge Edwin G. Torres's report and recommendation ("the Report") (DE 60) regarding the motion for partial summary judgment filed by Plaintiff Roberto Paguaga (DE 41) and the motion for leave to file a sur-reply filed by Defendants Pinnacle One Price Dry Cleaning of Davie, LLC, Eric Draudt, and Galina Draudt ("Defendants"). (DE 57.) Defendants did not file any objections to the Report on or before the June 29, 2021 deadline. (*See* DE 60.)

Given the lack of objections here, and upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's motion for partial summary judgment (DE 41) is **DENIED**.
2. Defendants' motion for leave to file a sur-reply to Plaintiff's reply to the motion for partial summary judgment is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 1st day of July, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE