UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-22694-CIV-WILLIAMS (SEITZ)

ROBERTO PAGUAGA,

        Plaintiff,

vs.

PINNACLE ONE PRICE DRY CLEANING
OF DAVIE, LLC d/b/a PINNACLE
CLEANERS, a Florida Limited Liability
Company and ERIC DRAUDT, individually,
and GALINA DRAUDT, individually,

        Defendants.
_____/

## FINAL JUDGMENT

    Pursuant to Fed. R. Civ. P. 58 and the jury verdict rendered in this action on July 30, 2021, it is hereby **ORDERED** that:

    Final Judgment is entered in favor of Plaintiff ROBERTO PAGUAGA as to the Count One, the Fair Labor Standards Act, 29 U.S.C. § 201, et seq., ("FLSA") overtime claim, and Plaintiff shall recover from Defendants PINNACLE ONE PRICE DRY CLEANING OF DAVIE, LLC d/b/a PINNACLE CLEANERS, ERIC DRAUDT and GALINA DRAUDT, the amount of $3318.75 in overtime pay, and an equal amount in liquidated damages, for a total award of $6637.50, plus applicable interest, and costs. On Count Two, the FLSA retaliation claim, Plaintiff will recover nothing as the jury found for Defendants.

    **DONE and ORDERED** in Miami, Florida, this 3rd day of February, 2022.

                                    *[signature]*
                                PATRICIA A. SEITZ
                                UNITED STATES SENIOR DISTRICT JUDGE

cc:    Counsel of record